FILED

2007 AUG 28   AM 10: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____*CP*____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LEA WAGENER,<br><br>                                    Petitioner,<br><br>               v.<br><br>RON KENAN, Warden,<br><br>                                    Respondent. | Civil No.    07cv1584 JM (BLM)<br><br>**ORDER:**<br>**(1)  GRANTING APPLICATION TO**<br>     **PROCEED IN FORMA PAUPERIS**<br>     **and**<br>**(2)  REQUIRING RESPONSE (28 U.S.C.**<br>     **§ 2254)** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1], together with her Prison Trust Account statement. [Doc. No. 2.]

## MOTION TO PROCEED IN FORMA PAUPERIS

The Court construes the Trust Account Statement as a request to proceed in forma pauperis. Petitioner has $0.00 on account at the California correctional institution in which she is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

//

**BRIEFING SCHEDULE**

In accordance with Rule 4 of the rules governing petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and upon a preliminary review of the Petition, **IT IS ORDERED** that:

a. The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order on the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

b. If Respondent contends the Petition can be decided without the Court's reaching the merits of Petitioner's claims (e.g., because Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, or that the Petition is barred by the statute of limitations, or that the Petition is subject to dismissal under Rule 9 of the Rules Governing § 2254 Cases, or that all of the claims are procedurally defaulted, or that Petitioner is not in custody), Respondent shall file a motion to dismiss pursuant to Rule 4 of the Rules Governing § 2254 Cases no later than **October 5, 2007**. The motion to dismiss shall not address the merits of Petitioner's claims, but rather shall address all grounds upon which Respondent contends dismissal without reaching the merits of Petitioner's claims is warranted.[1] At the time the motion to dismiss is filed, Respondent shall lodge with the Court all records bearing on Respondent's contention in this regard. A hearing date is not required for the motion to dismiss.

c. If Respondent files a motion to dismiss, Petitioner shall file his opposition, if any, to the motion no later than **November 5, 2007**. At the time the opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent which Petitioner believes may be relevant to the Court's determination of the motion.

d. Unless the Court orders otherwise, Respondent shall not file a reply to Petitioner's opposition to a motion to dismiss. If the motion is denied, the Court will afford Respondent adequate time to respond to Petitioner's claims on the merits.

e. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve an answer to the

---

[1] If Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to Petitioner.

1   Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to
2   Rule 5 of the Rules Governing § 2254 Cases no later than **October 22, 2007**.  At the time the
3   answer is filed, Respondent shall lodge with the Court all records bearing on the merits of
4   Petitioner's claims.  The lodgments shall be accompanied by a notice of lodgment which shall
5   be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent**
6   **to Clerk's Office**."  Respondent shall not combine separate pleadings, orders or other items into
7   a combined lodgment entry.  Each item shall be numbered separately and sequentially.

8        f.  Petitioner may file a traverse to matters raised in the answer no later than **November**
9   **21, 2007**.  Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each
10   allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive
11   to matters raised in the answer; and (c) shall not raise new grounds for relief that were not
12   asserted in the Petition.  Grounds for relief withheld until the traverse will not be considered.
13   No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause
14   shown.

15        g.  A request by a party for an extension of time within which to file any of the pleadings
16   required by this Order should be made in advance of the due date of the pleading, and the Court
17   will grant such a request only upon a showing of good cause.  Any such request shall be
18   accompanied by a declaration under penalty of perjury explaining why an extension of time is
19   necessary.

20        h.  Unless otherwise ordered by the Court, this case shall be deemed submitted on the day
21   following the date Petitioner's opposition to a motion to dismiss and/or his traverse is due.

22        i.  Every document delivered to the Court must include a certificate of service attesting
23   that a copy of such document was served on opposing counsel (or on the opposing party, if such
24   party is not represented by counsel).  Any document delivered to the Court without a certificate
25   of service will be returned to the submitting party and will be disregarded by the Court.
26   //
27   //
28   //
    //

1    j. Petitioner shall immediately notify the Court and counsel for Respondent of any change

2  of Petitioner's address.  If Petitioner fails to keep the Court informed of where Petitioner may

3  be contacted, this action will be subject to dismissal for failure to prosecute

4

5    **IT IS SO ORDERED.**

6  DATED: ___8/27/07___    _____

7                                        Jeffrey T. Miller
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTRAL CALIF WOMEN'S FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

'07 CV 1584 JM     BLM

FOR THE PERIOD: JAN. 04, 2007 THRU JUN. 04, 2007

ACCOUNT NUMBER : X01177                BED/CELL NUMBER: C 1027C00000033L
ACCOUNT NAME   : WAGNER, WENDY LEA      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/04/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/04 | *VD54 | INMATE PAYROL | YDTC004NOV | | 7.20 | | 7.20 |
| 01/04 | *VD54 | INMATE PAYROL | YDWTC04DEC | | 9.90 | | 17.10 |
| 01/16 | W526 | COPAY CHARGE | 11/14/06 | | | 5.00 | 12.10 |
| 01/19 | FC03 | DRAW-FAC 3 | FAC-C 3DRW | | | 12.10 | 0.00 |
| 02/06 | *VD54 | INMATE PAYROL | YDWTC04JAN | | 9.90 | | 9.90 |
| 02/14 | W535 | REVERSE COPAY | 10/27/06 | | | 2.71- | 12.61 |
| 02/14 | W535 | REVERSE COPAY | 11/14/06 | | | 5.00- | 17.61 |
| 02/16 | FC03 | DRAW-FAC 3 | C-FAC 3DRW | | | 17.60 | 0.01 |
| 03/08 | *VD54 | INMATE PAYROL | YD0004FEB1 | | 12.15 | | 12.16 |
| 03/20 | W536 | COPAY CHARGE | 02/23/07 | | | 5.00 | 7.16 |
| 03/23 | FC03 | DRAW-FAC 3 | FAC C 3RD | | | 7.15 | 0.01 |
| 04/05 | *VD54 | INMATE PAYROL | YD0004MAR | | 12.15 | | 12.16 |
| 04/23 | FC03 | DRAW-FAC 3 | FAC C 3RD | | | 12.15 | 0.01 |
| 05/02 | W535 | REVERSE COPAY | 02/23/07 | | | 5.00- | 5.01 |
| 05/03 | W536 | COPAY CHARGE | 02/23/07 | | | 5.00 | 0.01 |
| 05/04 | *VD54 | INMATE PAYROL | YD0004APR1 | | 12.15 | | 12.16 |
| 05/18 | FC03 | DRAW-FAC 3 | FAC C 3RW3 | | | 12.15 | 0.01 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/09/03                CASE NUMBER: SCD173770
COUNTY CODE: SD                         FINE AMOUNT: $ 6,800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/04/2007 | | BEGINNING BALANCE | | 5,300.21 |
| 01/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 8.00- | 5,292.21 |
| 01/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 11.00- | 5,281.21 |
| 02/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 11.00- | 5,270.21 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

RECEIVED
AUG 0 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FILED
AUG 0 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY